PATRICK SULLIVAN, Respondent, v. YELLOW TAXI CORPORATION, Appellant, — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.